FRANK FENNELL v. THE STATE.

No 9059.    Delivered December 20, 1924.

No motion for rehearing filed.

1.—Murder—Attorneys—Duties of.

No statement of facts nor bills of exception appearing in the record, this Court is compelled to affirm this cause. It is regrettable, indeed that attorneys representing a man convicted of murder, and given such a severe penalty as life imprisonment, should be so indifferent to the duties that an attorney owes to his client, as to permit such a case to be brought to this court for review, without a statement of facts or bills of exception.

Appeal from the Criminal District Court of Dallas County. Tried below before the Hon. Grover C. Adams, Special Judge.

Appeal from a conviction of murder; penalty, life imprisonment.

*Lee & Ginn,* for appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

HAWKINS, JUDGE.—Appellant has been condemned to the penitentiary for life upon conviction for the murder of one Jack Kendall.

No statement of facts accompanies the record and no bills of exception are incorporated therein.

The indictment appears to be regular and the charge of the court must be presumed to have been acceptable to appellant as no objections appear to have been made thereto.

Where the punishment is so severe as that imposed in the present case it is much more satisfactory to this court to have the facts before us, but in their absence and in the present condition of the record nothing is brought forward for review and our duty demands an affirmance of the judgment, and it is so ordered.

*Affirmed.*